IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIE DEVLON MAURICE SCOTT III | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about April 7, 2024, in the District of North Dakota,

WILLIE DEVLON MAURICE SCOTT III

individually, and by aiding and abetting, knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Possession with Intent to Deliver Cocaine, a Class B felony, in violation of N.D. Cent. Code § 19-03.1-23(1)(a), State of North Dakota, County of Grand Forks, Northeast Central Judicial District, Case Number 18-2021-CR-1855, with an offense date on or about August 21, 2021, and judgment entered on or about May 13, 2022; and

2. Unlawful Possession of Drug Paraphernalia, a Class C felony, in violation of N.D. Cent. Code § 19-03.4-03(1), State of North Dakota, County of Grand Forks, Northeast Central Judicial District, Case Number 18-2021-CR-1855, with an offense date on or about August 21, 2021, and judgment entered on or about May 13, 2022;

did knowingly possess in and affecting commerce a firearm, that is:

Taurus, Model G2C, 9mm pistol, bearing Serial Number AED342663;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

WILLIE DEVLON MAURICE SCOTT III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense:

- Taurus, Model G2C, 9mm pistol, bearing Serial Number AED342663.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ak